IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00244-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWON MCCLUNG,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT AGAINST DEFENDANT SHAWON MCCLUNG**
_____

      THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment against Defendant Shawon McClung pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

      On June 12, 2013, an Information was filed which charged defendant Shawon McClung in Count One in violation of 18 U.S.C. § 1343.  The Information also sought forfeiture of any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly, including the wedding ring set seized on March 15, 2012, and the entry of a personal money judgment against defendant Shawon McClung in the amount of the

proceeds obtained by the scheme, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as a result of the offense charged in Count One. (Doc. 1).

On July 30, 2013, the United States and defendant Shawon McClung entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order and a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 14).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the wedding ring set seized on March 15, 2012 from is forfeited to the United States in accordance 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT $1,756,750.00 is subject to forfeiture as proceeds obtained by defendant Shawon McClung through commission of the offense in Count One for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Shawon McClung in the amount of $1,756,750.00, minus any net proceeds received from the sale of the wedding ring set seized on March 15, 2012, shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 29th day of October, 2013.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge