IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00244-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWON MCCLUNG,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Information filed on June 12, 2013;

THAT a Preliminary Order of Forfeiture was entered on October 29, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on March 20, 2014;

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the wedding ring set seized on March 15, 2012; shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited the wedding ring set seized on March 15, 2012 and may dispose of it in accordance with law;

SO ORDERED this 26th day of March, 2014.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge